# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ANTONIO VILLALOBOS,　　　No. 2:18-CV-1613-CMK-P

　　　　Petitioner,

　　vs.　　　　　　　　　　　　　　　ORDER

J. SALAZAR,

　　　　Respondent.

_____/

　　　　Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　According to petitioner, he was convicted in the United States District Court for the Central District of Illinois following entry of a guilty plea. Petitioner filed an appeal in the United States Court of Appeals for the Seventh Circuit, but later voluntarily dismissed the appeal. Petitioner then filed a motion pursuant to 28 U.S.C. § 2255 in the district court, which denied the motion. The district court's denial of petitioner's § 2255 motion was affirmed by the Seventh Circuit. Petitioner now brings the instant petition in this court claiming actual innocence.

/ / /

1  The court finds that this matter would more properly be heard in the district of
2  conviction and, in the exercise of discretion, will transfer the matter to the United States District
3  Court for the Central District of Illinois.  See, e.g. Braden v. 30th Judicial Circuit Court, 410 U.S.
4  484 (1973).
5  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Central District of Illinois.

DATED:  August 2, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE